In the Matter of the Judicial Settlement of the Estate of FRANK A. PECK, Deceased.
ELIZABETH R. PECK, Individually and as Executrix, Appellant; WILBER S. PECK, as Executor, et al., Respondents.

*Matter of Peck,* 31 App. Div. 407, appeal dismissed.
(Argued January 17, 1900; decided February 6, 1900.

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, made June 18, 1898, reversing a decree of the Surrogate's Court of Onondaga county, settling the accounts of Wilber S. Peck and Elizabeth R. Peck, as executors of the last will and testament of Frank A. Peck, deceased.

*Daniel A. Pierce* for appellant.

*Horace White* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.